Case 9:08-cv-80797-KAM   Document 1   Entered on FLSD Docket 07/18/2008   Page 1 of 15

FILED by DJ   D.C.
ELECTRONIC
July 17, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

## 08-80797-Civ-MARRA/JOHNSON

| | |
|---|---|
| VISION MEDIA TV GROUP, LLC<br>a Florida Limited Liability Company<br>    Plaintiff,<br><br>v.<br><br>LESLIE RICHARD personally and<br>LESLIE RICHARD d/b/a THEOKO<br>BOX.COM<br>    Defendants.<br>_____/ | Civil Action No._____ |

### COMPLAINT

Vision Media TV Group, LLC, hereinafter "Vision Media" a Florida limited liability company, hereby sues Leslie Richard and Leslie Richard d/b/a theokobox.com and allege as follows:

### JURISDICTION AND VENUE

1. This court has jurisdiction over the claims pursuant to 28 U.S.C. § 1332; the parties to this matter are citizens of different states and the matter in controversy the sum of $75,000, exclusive of interest and costs.

2. Venue is proper under 28 U.S.C. § 1391(a) in the Southern District of Florida in that a substantial part of the events and damages giving rise to the claims which are the subject of this complaint occurred in the Southern District of Florida.

3. Jurisdiction is proper in the Southern District of Florida in that the Defendants have committed tortuous acts within the State of Florida and caused injury to the Plaintiff in the State of Florida by purposely directing false statements regarding the Plaintiff on the internet injuring

the Plaintiff's in the Southern District of Florida. The false statements are accessible to Florida residents with access to the internet.

4. Jurisdiction is proper in that the Defendants have committed tortuous acts within the State of Florida within the meaning of Fla. Stat. 48.193(1)(b).

5. Jurisdiction is proper in that the Defendants have engaged in substantial and not isolated activity within the state, and the Southern District of Florida, within the meaning of Fla. Stat. 48.193(2).

6. The court has jurisdiction to enter a temporary and permanent injunction order pursuant to Fed. R.Civ.P. 65.

## THE PARTIES

7. The Plaintiff, Vision Media TV Group, LLC doing business as Vision Media, is now and at all times mentioned in this complaint a limited liability company organized and existing under the laws of the State of Florida, having an address at 1515 N. Federal Highway, Suite 300, Boca Raton, FL 33432, Palm Beach county, Florida.

8. Vision Media is a production company which produces short-form educational documentaries (editorial) that air regionally, nationally and internationally. Vision Media also distributes said documentaries to Public Television. Hugh Downs the former news anchor of 20/20 presently hosts the documentaries produced by Vision Media.

9. The Defendant Leslie Richard upon information and belief is a resident of North Carolina.

10. The Defendant, Leslie Richard d/b/a theokobox.com is a non-incorporated web based company selling organic clothing and accessories. Leslie Richard d/b/a theokobox.com lists its address as 25 ½ Woodrow Avenue, Asheville, NC 28801, Buncombe county North Carolina.

11. Defendants, Leslie Richard and Leslie Richard d/b/a theokobox.com created, owns and operates theokobox.com. The Defendants also created, owns and operates The Oko Box Blog, at www.oko-organic-clothing.blogspot.com, a web site which Miss Richard uses to post commentaries on the internet. The readers of this web site have the ability to also post their own comments in an interactive format.

12. The Defendants operate out of North Carolina, however targets consumers located in the Southern District of Florida via their blog and other avenues on the internet.

### GENERAL ALEGATIONS

13. On or about January 2008, a representative of Vision Media contacted Leslie Richard to solicit her business as a potential business that may be featured on one of Vision Media's segments. Vision Media was planning on producing a segment on organic clothing and was interested in featuring theokobox.com and its owner Miss Richard on said segment. Once the cost of being featured in of the documentary was mentioned to Miss Richard, Miss Richard became irate and unreasonably concluded that Vision Media's business was fraudulent and wanted to scam her and theokobox.com out of money. Miss Richard reported Vision Media to the Better Business Bureau.

14. Miss Richard did not stop at reporting Vision Media to the Better Business Bureau, she proceeded to spread lies about Vision Media on the internet. On February 5, 2008, the Defendants posted on Co-Op America that Vision Media is a "scam targeting green businesses". Again on February 6, 2008, the Defendants posted on Co-op America "straight up scam-they ask for the money upfront posting as legit TV production company- but there is actually no company at all...." Co-Op America is a green business network website with over 65,000 individual and 2,500 business members. The Defendants comments were posted on Co-Op America's Green

3

Business Network Lounge where the members of Co-Op America are able to post comments and the lounge also enables other members to post responses to the comments made.

15. The Defendants false statements were targeted at small eco friendly businesses which is the targeted customer base of Vision Media for it's eco friendly documentaries.

16. On or about February 5, 2008, Miss Richard and Leslie Richard d/b/a theokobox.com created on their blog, The Oko Box Blog, http://oko-organic-clothing.blogspot.com 2008/02 /scam-taking-advantage-of-green.html, a new page dedicated at defaming Vision Media. Vision Media's logo and trademark were posted on the blog without the permission of Vision Media. Since the creation of the blog on February 5, 2008, there have been over 60 postings defaming Vision Media. By simply going to google.com and typing in the search box "Christian Kelch scam", "Vision Media Television", or "Vision Media with Hugh Downs", one will be directed to The Oko Box Blog on the page defaming Vision Media at http://oko-organic-clothing.blogspot.com/2008/02/scam-taking-advantage-of-green.html. The Oko Box Blog has approximately 6,000 visitors per month. As a direct result of the Defendants internet blog, The Oko Box Blog, and the postings on the Co-Op America Business Network Lounge made by the Defendants, collectively "the offending statements" the Plaintiff, Vision Media, has lost an estimated $5 million in potential and actual business.

17. For example, on March 27, 2008, Vision Media contacted SHC Environmental Products, Inc., an eco friendly business based out of Alberta, Canada. The General Manager, Brenda Webster, was excited about the prospect of using the services of Vision Media and was committed to "closing the deal" with Vision Media on March 31, 2008.

18. On March 31, 2008, Vision Media received an email from Brenda Webster, the general

4

manager of SHC Environmental Products, Inc., stating "please note, our company will no longer be accepting information or invitations from you. Please do not call us." Also as part of the message, Miss Webster attached the web address for The Oko Box Blog, http://oko-organic-clothing.blogspot.com/2008/02/scam-taking-advantange-of-green.html.

19. The contract between SHC Environmental Products, Inc., and Vision Media was worth $22,900. Many other examples of these losses are available.

## CLAIMS FOR RELIEF

### COUNT I

### DEFAMATION

20. Plaintiff, Vision Media, realleges paragraphs 1-19 as if fully set forth herein.

21. Vision Media has brought this cause of action for defamation for the libelous blog postings by the Defendants on The Oko Box Blog and the false internet web site postings on Co-Op America's Business Network Lounge and any other false or misleading internet statements regarding Vision Media (collectively "the offending statements"). A true and correct copy of the internet postings from greenbusinessnetwork.ning.com are attached herein as Exhibit "A". A true and correct copy of the internet postings from The Oko Box Blog are hereby attached herein as Exhibit "B".

22. The offending statements were read by persons who visited those web sites or were simply researching Vision Media on the internet and person intending to do business with the Plaintiff.

23. The offending statements were of the nature of libel per se as they falsely state that Vision Media is engaging in fraud and other crimes.

24. As a proximate result of the publication of the false and offending statements by the

5

Defendants, Leslie Richard and Leslie Richard d/b/a theokobox.com, Vision Media has suffered damages in excess of $5,000,000.00. Vision Media suffered a loss of reputation and goodwill by being discredited in its professional field including the Defendants market of green, eco friendly business market.

25. As part of the effort to restore Vision Media's reputation, Vision Media demands that Defendants remove all internet offending statements about Plaintiff, post a correction and apology on all web sites where Defendants posted offending statements. The form of the correction and apology is to be in the form approved by the court.

26. Defendants aforesaid acts have caused and will cause great and irreparable injury to Plaintiff, and unless said acts are restrained by this Court, they will be continued and Plaintiff will continue to suffer great and irreparable injury.

27. Plaintiff has no adequate remedy at law.

## COUNT II

### TORTIOUS INTERFERENCE WITH BUSINESS RELATIONSHIP

28. Plaintiff, Vision Media, realleges paragraphs 1-19 as if fully set forth herein.

29. Plaintiff, Vision Media, was in final contract negotiations with several small eco business owners in an effort to service their businesses by producing short segments featuring their business which Vision Media was producing for its environmental series which was to air on Public Television.

30. One such small eco business which Vision Media had a business relationship with was SHC Environmental Products, Inc. Vision Media and the general manager of SHC Environmental Products, Inc. were in agreement that Vision Media would feature them in one of the segments for the sum of $22,900.

6

31. The Defendants were aware that Vision Media was an operating limited liability company in the business of producing short segments for television. The Defendants were also aware that Vision Media was in operation and was actively soliciting small eco business owners and their businesses to be featured on segments produced by Vision Media for a fee.

32. The Defendants intentionally and unjustly interfered with the business relationship between the Plaintiff and SHC Environmental Products, Inc. and the other small eco friendly businesses by posting on the internet the offending statements.

33. The offending statements were posted and continue to be posted in a medium which targets Vision Media's existing and potential customers for example the Green Business Network web site and The Oko Box Blog.

34. The offending statements in essence states that Vision Media is a fraud and "warns" other small eco businesses to not do business with Vision Media.

35. In engaging in the posting of the offending statements on the internet, the Defendants intended to impair or destroy Vision Media's business relationship with the other small eco business owners.

36. The Defendants unjustified and intentional offending statements on the internet have resulted in an interference with Vision Media's business relationship with SHC Environmental Products, Inc. and the other small eco businesses.

37. The intentional and unjustified conduct engaged in by the Defendants and described above was the proximate cause of the loss of Vision Media's business relationship with the SHC Environmental Products, Inc. and the other small eco businesses.

38. As a result of the loss of Vision Media's business relationship with SHC Environmental

Products, Inc. and the other small eco friendly businesses, Vision Media suffered loss of the economic expectancy arising from the relationship in the amount of $5,000,000.00.

39. Defendants aforesaid acts have caused and will cause great and irreparable injury to Plaintiff, and unless said acts are restrained by this Court, they will be continued and Plaintiff will continue to suffer great and irreparable injury.

40. Plaintiff has no adequate remedy at law.

## COUNT III

## TRADE LIBEL

41. Plaintiff, Vision Media, realleges paragraphs 1-19 as if fully set forth herein.

42. The Defendants caused the injurious statements which are false to be published on the internet. The statements alleged that Vision Media was not a business at all and that it was trying to defraud small businesses.

43. The injurious statements were read and continue to be read by many prospective client's of Vision Media.

44. The Defendants knew or reasonably should have known that the statements would likely influence prospective clients of Vision Media to not be part of Vision Media's documentaries or segments.

45. In fact, the false injurious statements were a material factor in inducing others not to work with Vision Media in the production of its segments.

46. As a proximate cause of the publication of the false injurious statements by the Defendants, Vision Media suffered special damages. Plaintiff as a result of Defendants action lost the business of SHC Environmental Products, Inc., which resulted in a lost $5,000,000.00.

47. The acts of the Defendants have harmed Plaintiff's reputation, severely harmed and

8

Plaintiff's goodwill.

48. Defendants aforesaid acts have caused and will cause great and irreparable injury to Plaintiff, and unless said acts are restrained by this Court, they will be continued and Plaintiff will continue to suffer great and irreparable injury.

49. Plaintiff has no adequate remedy at law.

## RELIEF REQUESTED

WHEREFORE, the Plaintiff respectfully requests:

A. That this Court enters judgment against the Defendants Leslie Richard and Leslie Richard d/b/a theokobox.com.

B. That the court award the Plaintiff compensatory damages for the value of the contracts between Plaintiff and third parties who are no longer doing business with Vision Media as a result of the false offending statements in the amount of $5,000,000.00;

C. That Defendants, and all officers, directors, agents, servants, employees, attorneys, successors, and assign and all persons in active concert or participation therewith, be preliminarily and permanently enjoined and restrained from further defamatory communication via the internet, the mail or via any other outlet.

D. That the Defendants remove all offending statements placed by them on any internet web site and issues an apology to Vision on Media on those internet web sites.

E. That Plaintiff have and recover, pursuant to the laws of the State of Florida, in addition to its actual damages, punitive damages against the Defendants in the amount of $15,000,000.00.

F. That Plaintiff have and recover its reasonable attorney fees incurred in this action.

G. That Plaintiff have and recover its taxable costs and disbursements herein.

H. That Plaintiff have other and such further relief as the Court may deem just and proper.

9

*Vision Media TV Group, LLC v.*
*Leslie Richard personally and Leslie Richard d/b/a THEOKOBOX.COM*
*Complaint*

                                          THE LEVENSON LAW GROUP, P.A.

By: _____
Lee E. Levenson, B.S.C.S., LLM, J.D.
Fla. Bar No.: 2429
634 East Ocean Avenue
Boynton Beach, FL 33435
Telephone: (561) 736-1665
Facsimile: (561) 736-1029
Attorney for Plaintiff

Dated: __7/17/08__

10

# EXHIBIT A



CoopAmerica.org   About Co-op America   Programs   National Green Pages

Search Co-op America [GO]

**CO-OP AMERICA'S**
**GREEN BUSINESS NETWORK™**
THE ORIGINAL *Socially Responsible* BUSINESS NETWORK

Join | About | Tools & Resources | Actions | Newsletter | Conferences | Advertising | Member Center

## News & Updates

**Our Mission**

Co-op America's Green Business Network™ is dedicated to helping socially and environmentally responsible businesses emerge and thrive to form a global green economy.

Who We Are »

Membership Benefits »

**Join Now »**

---
Questions?
Have questions about us? Email using our web-based email form or call us at 1-202-872-5340.
---


### Join Us for the 2008 Chicago Green Business Conference
Build the green marketplace. Connect with like-minded business visionaries. Learn how green businesses succeed. Roll up your sleeves and bite into the green business revolution at this hands-on conference. Register now: this event sells out each year. Learn more »


### Read the Latest *Faces of the Green Pages* Interview
With greater public attention to the problem of global warming and the solution of renewable energy, business is booming for **Third Sun Solar and Wind Power**, a seven-year-old business that passed the $1 million revenue mark for the first time in 2007. We asked Michelle Greenfield to tell us more about the business of producing clean energy. Check out the latest interview »


### Socially Responsible Retirement Plans
We've partnered with an industry leader, Social (k), to provide you with a wide range of socially responsible retirement plans for your company.
Learn more in *Connections* »


### Green Business Trends
Gore Awarded Nobel Peace Prize, Consumers Demand Companies Walk Their Green Talk, What Would Jesus Buy? Coming Soon, and the Bible Goes Green: read about Green business trends in *Connections* »


### Guide to the Green Marketplace
Check out our overview of the language and attitudes of the new green consumer-critical guidance for any company wishing to engage the emerging green market.
Find the Guide in *Resources* »


### Members: Take Our Online Survey
We've just begun building a Web site that will provide you with more resources, advice, ideas and networking opportunites. Let us know how we can expand this new site to help you most!
Take the Survey »

**SCREENED AND APPROVED BUSINESS MEMBERS ENJOY**


**National Green Pages™**
Get a FREE listing in the nation's premier directory of screened and approved green businesses. Learn more »


**Seal of Approval**
Exclusive use of our Green Business Seal of Approval - for screened members only. Learn more »


**Strategic Advertising**
Access to print and online advertising in the core green consumer market.
Learn more »

**Join Today »**

---

Join | About | Tools & Resources | Actions | Newsletter | Conferences | Advertising | Member Center

Inside Co-op America: CoopAmerica.org | About Co-op America | Programs | National Green Pages™

Co-op America, 1612 K Street NW, Suite 600, Washington DC 20006 | (800) 584-7336 | Privacy Policy
©2004-2005 Co-op America Foundation, Inc. All rights reserved.

Ning

- ☐ christian kelch
- ☐
- ☐

scam          Search

Green Business Network Lounge

Meet. Share. Support. Create!

- Main
- My Page
- Members
- Forum
- Groups
- Photos
- Videos
- Invite

# Search Results 

scam          [ Search Again ]

Comment on: Topic 'Scam Targeting Green Businesses'
> traight up scam- they ask for the money upfront posing as a legit TV production company- but there is actually no company at all. I reported them to the BBB, but i do not know if anyone gave them money. I assume if they are in business for over 10 years, someone pays them....
> Added by Leslie @ the oko box at 12:58pm on February 6th, 2008

Comment on: Topic 'Scam Targeting Green Businesses'
> atever they can to hook you in. Touching into that old "something for nothing" trip. Has anybody ever reported that they paid them the money and then didn't get anything for it? That IMHO is a scam. Otherwise, it's just sleazy marketing - nothing new really, I guess....
> Added by Kathy Smith at 12:36pm on February 6th, 2008

Comment on: Topic 'Scam Targeting Green Businesses'
> lievable what's going on, really don't they know small biz are mostly not-rich-at-all?? Thanks for your piece Josee...
> Added by Josee at 6:25pm on February 6th, 2008

Topic Scam Targeting Green Businesses
> ing us ! And this one is using television lingo, an entire team of people, a wesbite, video footage, and whole bag of lies to cover their scheme. got a call last week, from a man "Scott Miles" who was calling on behalf of TV producer "Christian Kelch". Mr Kelch was apparently planning a piece on eco fashion as part of his environmental series with 20/20 TV star Hugh Down, and wanted to set up interviews with The Oko Box to discuss organic clothing. Seems harmless enough to discuss a subject I love to talk about - it IS my passion. Which is exactly why they prey on people like me, cause we want our business to succeed in an urgent passionate way. I later get a call on my voicemail from Mr. Kelch's secretary "Ann Landon", who in a very strong forthright european accent is calling to set up the appointments for the interview. A few days pass till I get a call from the now Co-Producer "Linda Shields" who discusses the program with me : it's benfits, what channels it will air on, how many people it will reach (84 million), profiles they recently did on other eco products, scaling, production preparations for filming....all the while she's looking at my website and complimenting the organic clothes. I began feeling rather detached and uneasy, when she threw in the humdinger of all evil scams- "we are only asking that you cover the production fees for flying out there and filming for a fee of $22,900 plus $3,000 airfare..." WTF?!?!?! I wrote the contact person on their website, to ask why they would ask me to cover enormous fees for an educational program, and this is how they responded : Leslie, Actually, the production fee is quite low. We have been quoted by PR and Marketing firms that our series, for shooting, editing and placement of those segments, would regularly cost one $375,000 for a low end bid for just shooting the pieces, to 1.6 million to place them – and all that without Mr. Hugh Downs or Public TV, which is the heart of the series. That is what a PR or Marketing firm would charge you as a "client". We ask that an invited guest simply cover the hard cost for us to put the piece together, and take advantage the production house's economies of scale. This is not like a news station or news program where they come out and do a story on you then spin it how THEY want it. Rather, this is where we rely on your expertise, and by helping us create Educational Programming for Public TV (which is non-commercial and non-fee based) that we can then allow you to ride our economies of scale to receive the end of a full-scale television production without paying for it. Just to give you a point of reference, one 30-second spot placed in Los Angeles primetime on CNN during Lou Dobbs runs $69,000. You would be part of the National Environmental Report, and receive national and regional 2 minute primetime airings, 1 year on Public TV, an email campaign (quote to be worth at least $120,000, and own all these pieces when the project is completed for your own organization's benefit (trade shows? Marketing packages with a DVD with Mr. Hugh Downs on it? etc.) Sincerely, Dr. C. Matthew McMahon Vice President of Programming National Report Series 1515 North Federal Hwy, Suite 300 Boca Raton, FL 33432 <a href="http://www.nationalreportseries.com">www.nationalreportseries.com</a> <a href="http://www.visionmediatelevision.com">www.visionmediatelevision.com</a> (561) 338-7475, EXT 288 Fax (561) 367-7601 or (561) 367-0708 After that I had a professional web developer check on their wesbite, and he immediately said "evil scamming assholes, this website can be made in less then 20 minutes and isn't even configured right". So I wrote VMT a letter stating that not only would I not be using their services, but that I had reported them to the BBB- because taking advantage of small businesses for a living is disgusting. I received another quick &amp; immature response ( ha ha - from such a busy TV studio right ?): Leslie, Seriously, excuse me? You are posting something about the Public TV series with Mr. Hugh Down to BBB? How is this in any way a "scam"? You need to call me before spreading wrong

information about our company in any way. Vision Media Television's Legal Department will follow up with you promptly if you do not. I am at (561) 338-7475, EXT 288. Sincerely, Dr. C. Matthew McMahon Vice President of Programming National Report Series 1515 North Federal Hwy, Suite 300 Boca Raton, FL 33432 <a href="http://www.nationalreportseries.com">www.nationalreportseries.com</a> <a href="http://www.visionmediatelevision.com">www.visionmediatelevision.com</a> (561) 338-7475, EXT 288 Fax (561) 367-7601 or (561) 367-0708 I can not even believe they think that a snobby response like that could ever be taken seriously. Um, yeah VMT your scam is being posted &amp; has already been reported, and your imaginary lawyers can't do anything about it. :) My lawyers are not only real, but they run the city of New Orleans (my hometown)... think Tony Soprano in the deep south... you picked the wrong eco chick to fuck with on this one. If you do a simple search on TV Production Fee scams, you can easily find this company under several other names : New Line Media TV, New Line Media, Platinum Television Group,&amp; PTG Studios. You can also read a "ripoff report" that matches my experience with them exactly, even down to the minutes and dollar amounts @ <a href="http://www.ripoffreport.com/reports/0/232/RipOff0232353.htm">http://www.ripoffreport.com/reports/0/232/RipOff0232353.htm</a>.
Added by Leslie @ the okodoko at 7:15pm on February 5th, 2008

### Hello, christian kelch

- My Friends (Invite More)
- My Settings

Sign Out

Green Business Network Lounge brought to you by Green Business Network © 2008 Report an Issue | Feedback | Privacy | Terms of Service

**Spread the word** Get your own Green Business Network Lounge badge

08-80797-Civ-MARRA/JOHNSON

Case 9:08-cv-80797-KAM   Document 1   Entered on FLSD Docket 07/18/2008   Page 15 of 15

FILED by DJ D.C.
ELECTRONIC

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

July 17, 2008

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

## I. (a) PLAINTIFFS
VISION MEDIA TV GROUP, LLC a limited liability company

### DEFENDANTS
LESLIE RICHARD personally and LESLIE RI[CHARD d/b/a]
THEOKOBOX.COM

(b) County of Residence of First Listed Plaintiff  **Palm Beach**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Lee Levenson, Esq.
634 East Ocean Ave.
Boynton Beach, Florida 33435
(561) 736-1665

Attorneys (If Known)

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☑ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☑ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

08 CV 80797 MARRA/JOHNSON

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  / ☐ 365 Personal Injury - Product Liability |  | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☑ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  |  | ☐ 660 Occupational Safety/Health |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | IMMIGRATION |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☑ NO    b) Related Cases ☐ YES ☑ NO
JUDGE _____    DOCKET NUMBER _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
Diversity of citizenship 28 USC 1332

LENGTH OF TRIAL via **7-10** days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ TEMPORARY INJUNCTION
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
s/ [signature] for
DATE July 17, 2008

FOR OFFICE USE ONLY
AMOUNT 350.00  RECEIPT # 724483  IFP
724484