UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 08-CV-80797

VISION MEDIA TV GROUP, LLC
a Florida Limited Liability Group

    Plaintiff,

vs

LESLIE RICHARD personally and
LESLIE RICHARD d/b/a THEOKOBOX.COM,

    Defendants.

_____/

**NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL OF COMPLAINT WITH PREJUDICE**

The Plaintiff by and through the undersigned Counsel, hereby voluntarily dismisses, with prejudice, the complaint filed in the above-captioned matter.

I hereby certify that on October 7, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on opposing counsel both via electronic filing notices and e-mail and particularly a true and correct copy of this pleading has been furnished to Judy Mercier, Esq..by U.S. Mail and electronic mail, 200 South Orange Avenue, Suite 2600, Orlando, Florida 32801.

Dated_____        /s/<u>Lee E. Levenson, Jr.</u>
                                                Lee E. Levenson, Jr. (FBN 2429)
                                                Florida Bar No. 2429
                                                634 E. Ocean Avenue
                                                Boynton, Beach, Fl 33435
                                                Ph:  (561) 736-1665
                                                Fax: (561) 736-1029