UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80797-CIV-MARRA/JOHNSON

VISION MEDIA TV GROUP, LLC,
a Florida Limited Liability Company,

       Plaintiff,

vs.

LESLIE RICHARD personally and
LESLIE RICHARD d/b/a/ THEOKBOX.COM,

       Defendants.

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal of Complaint with Prejudice (DE 11), filed October 9, 2008.  The Court has reviewed the Notice, the pertinent portions of the record, and is otherwise advised in the premises.  In accordance with Plaintiff's Notice, it is **ORDERED AND ADJUDGED** as follows:

1.      The above-styled action is hereby **DISMISSED WITH PREJUDICE.**

2.      All pending motions are **DENIED AS MOOT.**

3.      The Clerk shall **CLOSE THIS CASE.**

      **DONE AND ORDERED** in Chambers in West Palm Beach, Palm Beach County, Florida this 10th day of October, 2008.

_____
KENNETH A. MARRA
United States District Judge

Copies furnished to:
All counsel of record